UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINA MARTIN GARCIA,<br>　　　　　Plaintiff,<br>　　v.<br>KRISTI NOEM, et al.,<br>　　　　　Defendants. | Case No. 25-cv-10617-JST<br><br>**ORDER FINDING GOOD CAUSE TO EXTEND TRO**<br><br>Re: ECF No. 4 |

On December 11, 2025, Martin Garcia filed this habeas petition. ECF No. 1. On December 12, 2025, she moved for a temporary restraining order. ECF No. 3. Another Court in this district granted the motion the same day, requiring the government to release Martin Garcia from custody and not redetain her without a bond hearing. ECF No. 4. That order set the TRO to expire on December 26, when a hearing would be held on a preliminary injunction. *Id*. at 6.

The duration of a temporary restraining order issued without notice may not exceed 14 days but may be extended once for an additional 14 days for good cause; in addition, the reasons for such an extension must be entered in the record. Fed. R. Civ. P. 65(b)(2).

The parties have asked the Court to decide the preliminary injunction motion on the papers, with the last brief due at midnight on December 22, 2025. Particularly in light of the holidays, a modest extension of the TRO is required to ensure full consideration of the parties' arguments. In issuing the TRO, the Court found that Martin Garcia had demonstrated "a likelihood of success on the merits," "a likelihood of irreparable injury in the absence of temporary relief," and that the balance of equities and the public interest tipped "decidedly" in Martin Garcia's favor. ECF No. 4 at 3–4. By contrast, the expiration of the TRO, in the absence of further order from the Court, would allow Martin Garcia to be irreparably harmed. At today's

hearing, the government identified no prejudice from an extension of the TRO while the Court considers the parties' arguments. Accordingly, the Court finds good cause shown for the extension of the TRO.

The Court therefore ORDERS that Plaintiffs' Motion to Extend the Temporary Restraining Order is GRANTED. Under Fed. R. Civ. P. 65(b)(2), the Temporary Restraining Order, ECF No. 4, shall remain in effect for an additional 14 days, until January 9, 2026 at 10:00 a.m., or pending further order of this Court.

**IT IS SO ORDERED.**

Dated: December 17, 2025



JON S. TIGAR
United States District Judge