CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
JEVECHIUS BERNARDONI (CABN 281892)
Acting Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7066
    Fax: (415) 436-6748
    william.skewes-cox@usdoj.gov

*Attorneys for Federal Respondents*

Alyosha Maggin (SBN 359420)
amaggin@centrolegal.org
CENTRO LEGAL DE LA RAZA
3400 East 12th Street
Oakland, CA 94601
Telephone: (510) 994-0749

*Attorney for Petitioner*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MARTINA MARTIN GARCIA,<br><br>            Petitioner<br><br>   v.<br><br>SERGIO ALBARRAN, et al.,<br><br>            Respondents | No. 4:25-cv-10617-JST<br><br>**ORDER APPROVING STIPULATION REGARDING BRIEFING SCHEDULE** |

In light of the instruction contained in the Court's Order Granting Preliminary Injunction, Dkt. No. 22 at 5, the parties, having met and conferred, hereby submit this proposed briefing schedule:

    1.     Respondents' response due May 8, 2026

    2.     Petitioner's traverse due May 22, 2026

    3.     Hearing at Court's discretion.

**STIPULATION RE: BRIEFING SCHEDULE**
NO. 4:25-CV-10617-JST          1

DATED: April 13, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ William Skewes-Cox*
WILLIAM SKEWES-COX
Special Assistant United States Attorney

Attorneys for Respondents

*/s/ Alyosha Maggin*
ALYOSHA MAGGIN
CENTRO LEGAL DE LA RAZA

Attorney for Petitioner

## ECF ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I, William Skewes-Cox, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

*/s/ William Skewes-Cox*

**STIPULATION RE: BRIEFING SCHEDULE**
NO. 4:25-CV-10617-JST                    2

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Respondents' Return to Petitioner's Habeas Petition shall be filed by May 8, 2026. Petitioner may file a Traverse by May 22, 2026. Upon receipt of the papers, the Court in its discretion may set a hearing on the Petition.

DATED:  April 15, 2026

_____
HON. JON S. TIGAR
United States District Judge