UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTINA MARTIN GARCIA,

         Petitioner,

    v.

MARKWAYNE MULLIN, et al.,

         Respondents.[1]

Case No. 25-cv-10617-JST

**ORDER TO SHOW CAUSE AS TO WHY THIS CASE SHOULD NOT BE STAYED**

A primary issue in this case is whether Petitioner is subject to mandatory detention under 8 U.S.C. § 1225(b).  The applicability of Section 1225(b) is currently under consideration by the Ninth Circuit in *Rodriguez Vasquez v. Bostock*, No. 25-6842 (9th Cir.), which heard oral argument on March 4, 2026.  Given the importance of the legal question and the fact that Petitioner is currently protected by a preliminary injunction, the Court is inclined to stay consideration of the petition until after *Rodriguez Vasquez* has been resolved.

Any party objecting to the Court's waiting until resolution of *Rodriguez Vasquez* to rule on the petition in this case shall file their objections within 14 days of the date of this order.  If no objections are filed, the case will be stayed, and the parties shall file a joint status statement within seven days of the issuance of the mandate in *Rodriguez Vazquez*.

**IT IS SO ORDERED.**

Dated:  May 29, 2026

_____
JON S. TIGAR
United States District Judge

---

[1] Markwayne Mullin, Secretary of the Department of Homeland Security, is automatically substituted as a party as the successor to Kristi Noem.  Fed. R. Civ. P. 25(d).  The parties shall file a stipulation with other appropriate substitutions, if any.